# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDERJIT SINGH, | 1:11-cv-00092-DLB (HC) |
|     Petitioner, | ORDER GRANTING JOINT STIPULATION TO DISMISS PETITION AS MOOT |
|     v. | [Doc. 14] |
| ERIC H. HOLDER, JR. et.al.,, | |
|     Respondents. | |

    Petitioner is detained by the Immigration and Customs Enforcement ("ICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge. Local Rule 305(b).

    On January 18, 2011, Petitioner filed a petition for writ of habeas corpus challenging the ICE's detention authority and asked this Court to order ICE to release him or grant him a bond hearing. Respondent's filed an answer to the habeas petition, however, Petitioner has subsequently been released and is no longer in detention. Therefore, his habeas petition challenging the length of his confinement is MOOT, and the parties stipulate to dismissal of this action. Cf. Picrin-Peron v. Rison, 930 F.2d 773 (9th Cir. 1991) (habeas petition dismissed as moot because INS Director had released (paroled) alien petitioner).

///

///

1

Accordingly, it is HEREBY ORDERED that the instant petition for writ of habeas corpus is DISMISSED as MOOT.

IT IS SO ORDERED.

Dated:  April 26, 2011                    /s/ Dennis L. Beck
                                       UNITED STATES MAGISTRATE JUDGE